American Oil Co. *v.* Walser, Appellant.

Submitted March 9, 1932.

Before TREXLER, P. J., KELLER, GAWTHROP, CUNNINGHAM, BALDRIGE, STADTFELD and PARKER, JJ.

90

*A. A. Vosburg,* and with him *A. Floyd Vosburg,* for appellant.

*Welles, Mumford & Stark,* and with them *W. A. Bissell,* for appellee.

Per Curiam, March 21, 1932:
The judgment is affirmed on the opinion of President Judge Newcomb of the court below.